When his court heard the court statement after Mr. Benson, he did not comment on this case. He only had that question left to spend the bulk of his time today on the matter of social confrontation issue and the issue of whether or not he was in a relationship with the other students who were friends there. He didn't reply to them with a preservation issue of the court's request to insist on the merits of those who applied. He did not comment on that. He was submitted based on a full record in which the defense counsels very instinctively pointed out to the trial court that he expounds in any form on this case. Mr. Benson, Jr. With respect to the merits are on it, I'm just going to bring up something that has fallen between Richard Sessions and the client's case in 1988, and I think that it's not exactly correct. Although there were no blank lines, such as the first three years, otherwise, as referred to, this is a case in which the studies recounted by the detectives, Detective Stokes and Detective Ray in 23 of their briefs, he said several of those cases have been identified in a picket box, which in this case, I just want to point out to you, does lead to, quote, one passage from Sardisco, from Regina's case, from the Tenth Circuit, where they directly apply Ray and formulate it in this way, as I am writing, where it is obvious from the consideration of the confession as a whole, the redacted term. As a reference to this case, the commission of the confession violates jury. We don't know whether the redaction was accomplished by use of a mutual program or otherwise. Here, it was accomplished by the agency. The so-called mutual program, in the context in which the state was running, is referring to a prior dodge, such as a more amorphous or ambiguous nature, like some other persons. But it may seem that it was the case of the execution of statutes. There were some successful cases in which, and the reason for this is obvious. You look at the first three years, and you look at the first two decades, and you can see that there were mutual problems. There's definitely one of the characterizations of this defense as self-defense, or an additional form of self-serving, or even plausible. So there's not any dependency to include a participatory version of a defense, whether it be in self-serving, whether or not it's plausible or wasn't plausible. It's up to the jury to decide, but I think it's up to the committee to make decisions that are supposed to be offered in violation of the competition clause. My concern here is that they didn't seem to, and so if the jury's decision on it is looked at as unmet, we're really going to have to talk to some states. The state is going to look at it right in the context of what the defendant was doing during this entire time. It's not a surprise to me that each of the actions in the past year have been so far in the interest of the jury. It's hard to do in the memory of the executive who talks about, you know, the justice of the state. It's hard to do. So, Mr. Newman, I'm going to have to kill you all, and I'm going to have to send you back to the agenda to a small black country school. That's all I want to call you. And so, I apologize. I appreciate all the comments. I don't see how the timing for these speaks to self-defense. I'll put that in your comment.  No, no, no, no, no. It's more than that. Did this error speak to the defense? I don't see it at all. Did it dissent the defense arguments based on the allegations or the statements of having seen yourself in action? What's the business of doing that? It's one of the practices of the prosecutors. I'm going to try to say a few things here. I am not the only one here. I'm sorry. I'm just going to cut this. I'm going to say a few things. First of all, there's a right-wing social corroborating of the case. We also want to corroborate the main claims of the other side, which would be the response of the defendants that he described in using the type of language that they took from the case. I'm not going to tell you what the message is behind it. You can accept that. I'm just going to quote a bunch of things in terms of the nature of the matter. I'm going to corroborate those. The main claim of the case is that it's also a co-defendant. He is a PNR heiress where he refers to six folks in the room. And he, at 36 years, is going to have to state his certificate against Stokes. There's no reason that the defendants would have been seated in a statement written by Stokes because there was, in fact, one of the other persons who was sitting in the house of Mr. Perry. I was not interested in that. I was interested in Stokes. And so I had no interest in how Stokes referred to him as a Stoke. But that's not what I'm going to do. I'm just going to quote a bunch of things. I'm going to say we do that until we agree that it will be better in the next two years. So maybe just to help raise awareness so that people who decide to go to college are consistently able to have a career in the field. So that's what I'll continue to try to do. So I'm going to pause here for a second. This is the part where I'm going to have to dig a little bit deeper. I think the question is, you know, how do you connect? I just want to talk about the fact that there's a lot of comments on the subpoena that the marriage between a family and a sex-related issue. I'm not a citizen of the U.S. But for the majority of the Americans in the U.S. They're usually not actually married. They're married to a woman, and she's a woman, and she's a woman. And it's really important that we stop the question of the sex-related situation. But for me, to hold a woman, you might have to listen to a book called It's a fortunate house. So it's about a woman, a woman being married to a woman that she is her wife. It's all about her marriage to a person. It's stupid. But for the majority of the Americans in the U.S. As soon as you related this to, well as quite a long time ago, that she did not have a husband. And she thought that if she had a husband, I would believe her. But she was wrong. And then she got married to another man. So, in a nutshell, it's about marriage to a woman being married to a woman that she is her husband. And that's what it is. And here the thing is that it's not just about sex. So, I'm trying to think of a way to describe sex. So, for me it's about marriage to a woman being married to a woman that she is her wife. And that's what it is. And that's what it is. So, I'm just going to use a very simple example, I'm just going to use a very simple example, that for example, perhaps some sex is just stupid and dumb and awesome, and she's probably not going to stop and she's just going to keep continuing to pick herself up. So, that will confirm she's wrong. So, that will confirm she's wrong. So, I'm just going to use a very simple example, and I'm going to show you how to do it. So, I'm just
judges: Thomas, Clifton, Nguyen